IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02321-PSF-CBS

LINDA L. PEAVEY,

    Plaintiff,

v.

MERRICK & COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Amend Scheduling Order (Docket No. 28, Filed July 19, 2005) is **GRANTED.**

    Discovery cut-off is **extended** from July 25, 2005 to **August 26, 2005.**

    The Settlement Conference remains set August 15, 2005 at 1:30 p.m.

**DATED:**    July 21, 2005