IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02321-PSF-CBS

LINDA L. PEAVEY,

    Plaintiff,

v.

MERRICK & COMPANY,

    Defendant.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Amend Scheduling Order (filed August 24, 2005; *doc. no. 36*) is **GRANTED**.  The discovery and dispositive motion deadlines are extended to no later than **September 26, 2005**.

**DATED:**    September 12, 2005