IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02321-PSF-CBS

LINDA L. PEAVEY,

    Plaintiff,

v.

MERRICK & COMPANY,

    Defendant.

___

**ORDER SETTING CASE FOR TRIAL**
___

The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **April 3, 2006 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **March 16, 2006 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

DATED: December 15, 2005

                                                                          BY THE COURT:

                                                                          *s/ Phillip S. Figa*

                                                                          _____
                                                                          Phillip S. Figa
                                                                          United States District Judge