IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02321-PSF-CBS

LINDA L. PEAVEY,

    Plaintiff,

    vs.

MERRICK & COMPANY,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter having come before the Court upon the parties' Stipulation for Dismissal with Prejudice (Dkt. # 57) and the Court having been fully advised, it is hereby ORDERED that the within matter is DISMISSED with prejudice.

DATED: April 21, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge